ACCEPTED
04-15-00421-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/8/2015 2:12:29 PM
KEITH HOTTLE
CLERK

## IN THE COURT OF APPEALS
## FOURTH COURT OF APPEALS DISTRICT OF TEXAS

**JOSE LUIS GARZA-RAMIREZ**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/08/15 2:12:29 PM
KEITH HOTTLE
Clerk

**VS.**                                    **NO. 04-15-00421-CR**

**STATE OF TEXAS**

### FIRST MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant, Jose Luis Garza-Ramirez, and respectfully moves the Court to extend the time for filing the Brief for Appellant for 30 days, until November 9, 2015,[1] and in support of said motion would show the Court as follows:

#### I.

This is an appeal from a judgment of conviction for resisting arrest or search and a one-year probated sentence. Appellant was sentenced in Cause No. 478491, styled *State of Texas v. Jose Luis Garza-Ramirez*, on June 30, 2015, in County Court-at-Law No. 13 of Bexar County, Texas, Hon. Crystal Chandler presiding.

---

[1] The actual 30th day, October 7, 2015, falls on a Saturday.

## II.

No motion for new trial was filed. Appellant's notice of appeal was timely filed on July 2, 2015.

## III

The clerk's record of the trial was filed electronically with the Court of Appeals on July 23. The reporter's record (1 volume by Rhonda L. Hogan and 3 volumes by Kandy K. Halley) was filed electronically on September 3 and September 8, 2015, respectively.

Appellant's brief is due on October 8, 2015. This motion is timely, pursuant to Rule 38.6(d), T.R.A.P. No prior request for an extension to file Appellant's brief has been filed.

## IV.

Appellant requests a 30-day extension to file his brief, until November 9, 2015. During the previous month, counsel has e-filed his briefs in the following case: (1) No. 04-15-00310-CR, *Willie Antonio Ortiz v. State of Texas*, filed September 24, 2015. Counsel his completed his brief No. 04-15-00278-CR, *Sidney R. Denbina v. State of Texas*, and has submitted it for peer review and proofing prior to filing. Counsel anticipates that brief will be filed on October 9, 2015. Counsel is presently working on his brief in No. 04-15-00176-CR, *Joes Anthony Lara, Jr. v. State of Texas*. During the

previous month, counsel has also filed his response to order proposing to dismiss appeal in No. 04-15-00508-CR, *Jose B. Sauceda v. State of Texas*, filed September 29, 2015. Counsel has also spent a great deal of time handling the caseload of Richard B. Dulany, Jr., former Assistant Public Defender, who is no longer employed at this office. Counsel will do this on an interim basis until a replacement attorney is hired.

WHEREFORE, the Appellant requests this Court to extend the time for filing the brief for Appellant until November 9, 2015.

Respectfully submitted,

/s/ *Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender
Paul Elizondo Tower
101 W. Nueva St., Suite 370
San Antonio, Texas 78205
(210) 335-0701
FAX (210) 335-0707
mrobbins@bexar.org
Bar No. 16984600
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing first motion to extend time to file brief has been emailed to the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; on October 8, 2015.

/s/ *Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender